**Omar VILLICANA, Plaintiff–Appellant,**

v.

**ORANGE COUNTY SHERIFF'S DEPARTMENT; et al.,**
**Defendants–Appellees.**

**No. 10–56600.**

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted Feb. 21, 2012.*

Filed March 6, 2012.

Omar Villicana, Anaheim, CA, pro se.

Daniel Solomon Cha, Christina Marie Sprenger, Esquire, Senior, Lawrence Beach Allen & Choi, PC, Santa Ana, CA, for Defendants–Appellees.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Omar Villicana appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging the use of excessive force and the denial of medical care while he was a pretrial detainee at the Orange County Jail. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), and for clear error its factual determinations. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed the action because Villicana failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo*, 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Villicana's remaining contentions are unpersuasive.

**AFFIRMED.**

ed by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.